UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS BARAJAS, | ) | NO. CV 10-5096 ODW (FFM) |
|          Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
|     v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| M. MCDONALD, WARDEN, | ) ) | |
|          Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Ground Four is dismissed without prejudice and that Ground Five is dismissed with prejudice.

DATED:   December 8, 2011

                                       OTIS D. WRIGHT, III
                                  United States District Judge