UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS BARAJAS, | ) | No. CV 10-5096 ODW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| M. McDONALD, Warden, et al. | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 8, 2012

_____
OTIS D. WRIGHT
United States District Judge